# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:13CR314 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ANTHONY WEINRICH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Anthony Weinrich (Weinrich) to extend time to file pretrial motions (Filing No. 113). Weinrich does not set forth any critical pretrial motions which would require the court's attention. The pretrial motion deadline has been extended several times for Weinrich, principally to provide him additional time to enable him to reach a plea agreement with the government. Accordingly, the motion to extend time to file pretrial motions (Filing No. 113) is denied. The matter will be scheduled for trial.

**IT IS SO ORDERED.**

DATED this 4th day of April, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge